1  ALAN A. DRESSLER, ESQ. (SBN #56916)
   400 Montgomery St., Suite 200
2  San Francisco, California 94104
   Tel.:     (415) 421-7980
3  Fax:      (415) 421-7021
   E-mail :  alandressler@aol.com
4

5  Attorney for Defendant John Keller

6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 UNITED STATES OF AMERICA,         )    No. CR 12-0061 EMC
                                     )
12      Plaintiff,                   )
                                     )    STIPULATION AND [PROPOSED]
13      v.                           )    ORDER TO CONTINUE  STATUS/
                                     )    CHANGE OF PLEA HEARING
14 JOHN KELLER et al.                )    AS TO DEFENDANT JOHN KELLER
                                     )
15      Defendants.                  )
                                     )
16 _____

17                        **STIPULATION**

18     The United States of America and defendant JOHN KELLER, by and through their

19 respective counsel, hereby stipulate and ask the court to find as follows:

20     1  Defendant John Keller is presently set for a status/possible change of plea hearing on

21 March 19, 2014.

22     2. The parties have been engaged in good faith negotiations and as of March 12, 2014 had

23 reached an agreement in principal. However, on March 12, 2014 the U.S. Attorney's Office

24 announced a change of policy  regarding a pending  guideline amendment which will require that

25 the plea agreement be modified and then re-submitted for approval.

26     3. Based on the foregoing the parties request that the court vacate the current status date of

27 March 19, 2014 and set a new status/change of plea date of April 23, 2014 at 2:~~00~~ 2:30 p.m.

28

Stipulation and Proposed Order
CR 12-0061 EMC

1  So stipulated:

2

3  Dated: March 14, 2014                MELINDA HAAG
                                        United States Attorney
4
                                        /s/ Kevin Barry
5                                       KEVIN BARRY
                                        Assistant U.S. Attorney
6

7

8  Dated: March 14, 2014                /s/ Alan A. Dressler
                                        ALAN A. DRESSLER
9                                       Counsel for Defendant
                                        John Keller
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order
CR 12-0061 EMC

Alan A. Dressler, Esq. (SBN 56916)
400 Montgomery St., Ste 200
San Francisco, CA 94104
Tel.  (415) 421-7980
Fax   (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant John Keller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-0061 EMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER CONTINUING STATUS/CHANGE OF PLEA HEARING AS TO DEFENDANT JOHN KELLER |
| JOHN KELLER et al., | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendant John Keller, IT IS HEREBY ORDERED that the status/change of plea hearing date currently scheduled for March 19, 2014 is vacated.

IT IS FURTHER ORDERED that a new status/change of plea hearing date is set for April 23, 2014 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated:   3/17/14

HON. _____
UNIT_____

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Stipulation and Proposed Order
CR 12-0061 EMC